# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

**Court Name:** ~~New Hampshire Supreme Court~~ United States District Court District of NH

**Case Name:** Martha Mullen v. BHS District of New Hampshire, Edward J. Kissell, Jnr., Bedford NH Voting Site

**Case Number:** TBD

**Name of Party (filing motion):** Martha Mullen

DISTRICT OF NH
FILED
2022 DEC 30 P 2:38
24 HOUR DEPOSITORY

**MOTION FOR:** Violations of Voter Rights, Voter Intimidation, Voter Interference, 14th Amendment Constitutional Right to Voter Privacy

1. Reasons for requested relief: Please Accept Attachment Photo:

1) Upon arrival, after-hours at Bedford's (School) only Southern New Hampshire Official Voting Site, with "Early Voter" posturings and inquiries, my photo was taken without my permission, nor the permission of my minor children.

2) Plaintiff is seeking sanctions on Court's redress, all relevant interferring parties in my violations of privacy in voting. Please Accept Attached Photo proof.

2. I have contacted all parties or their counsel and asked for their assent to the relief requested in this motion. (A motion relating solely to scheduling or procedure must state whether the opposing party or counsel assents.)
   Yes OR No: (No)

3. If the answer to 2 is YES, do all parties or their counsel assent to the relief requested in this motion?
   Yes OR No: _____

NHJB-2850-SUP (08/06/2018)

Case Name: _____

Case Number: _____

<u>MOTION FOR:</u> _____

**ANSWER YES TO <u>ONE</u> OF THE FOLLOWING (BUT NOT BOTH)**

____ I am filing this motion electronically. I certify that a copy of this motion is being or has been served on all other parties or their counsel, in accordance with the rules of the Supreme Court, as follows: I am serving registered e-filers through the court's electronic filing system. I am serving or have served all other parties by mailing or hand-delivering a copy to them.

**OR**

✓ I am <u>not</u> filing this motion electronically. I certify that a copy of this motion is being or has been served on all other parties or their counsel, in accordance with the rules of the Supreme Court, as follows: I am serving or have served all other parties by mailing or hand-delivering a copy to them.

DISTRICT OF NH
FILED
2022 DEC 30 P 2:38
24 HOUR DEPOSITORY

For the above-stated reasons, the court should grant the following relief:

RSA's Voter Interference
Voter Political Pornography
Voter Violations of Privacy
Violations of 14th Amendment Due Process Rights
Voter Suppression

Martha E. Mullen  /s/ Martha E. Mullen  12/27/22

Name of Filer | Signature of Filer | Date

Telephone: 603-554-7164

E-mail: mullenmartha7@gmail.com

Address: 91 Mountain Road, Mullen Lane

City/State/Zip: East Concord, NH 03301

Cc'd: Sandra Kcha, Family Vega
141 Airport Road
Concord, NH 03301

# ELECTION LAW COMPLAINT FORM
## State of New Hampshire

Use this form to report a violation of Title III of the Help America Vote Act of 2002, or any New Hampshire Election laws

DISTRICT OF NH
FILED
2022 DEC 30 P 2:37
24 HOUR DEPOSITORY

**COMPLAINANT INFORMATION**

Name: Martha Mullen
Home Phone: 603-554-7164
Work Phone:
Address: 91 Mountain Road
County:
Cell Phone:
City: East Concord, NH
State:
Zip Code: 03301
Email Address: mullenmartha7@gmail.com

**PERSON, CANDIDATE, POLITICAL COMMITTEE, ELECTION OFFICIAL, TOWN, CITY, OR VILLAGE DISTRICT AGAINST WHOM COMPLAINT IS BROUGHT**

Name: Unnamed Employee / Coach of Bedford High School
Home Phone:
Work Phone:
Address: Nashua Road
County:
Cell Phone:
City: Bedford, NH
State:
Zip Code:
Email Address: Sandra Kuhn, Attorney; skuhn@familylegalservices.org

**STATEMENT OF FACTS**

Location of Violation: Bedford High School: Official Southern NH Voting Site
Date and Time of Violation: September 12th 2022, Approx. 4:12?

Please explain the basis for your complaint. If necessary, attach additional sheets.

Respectfully: I went to the Bedford High School Official Voting site, After school hours, I am a Republican, Pro-Life supporter, under the Establishment Clause, I had some Early Voter Questions/Inquiries (I had a right to ask). I gave NO Permission to take My Picture nor that of my Minor Children.

Names and phone numbers of witnesses or other victims: Minor Children: FJ Kissell 1/04/04, Grace Kelly Kissell 12/22/05 (pictures taken without permission) Family Division, 6th & 19th Circuits

State or Federal Statute you believe was violated (if known): 14th Amendment: Due Access Rights, Political Pornography, Voter Interference

**SIGNATURE**

By signing and filing this complaint, you are stating under penalty of law that the information you are providing is true and correct to the best of your knowledge.

Signature: Martha C. Mullen
Date: December 27th 2022 / 12/30/22

Below For *Federal Title III* Complaints ONLY:

THE STATE OF NEW HAMPSHIRE
_____, ss

On the 30th day of December, 2022 before me, Peter Mori (Print name of Notary Public/Justice of the Peace), the undersigned officer, appeared Martha Mullen, (Print name of person whose signature is being notarized) (known to me) (or satisfactorily proven)(circle one) to be the person whose name appears above, and s/he subscribed his/her name to the foregoing complaint and swore that the facts contained in this Affidavit are true to the best of his/her knowledge and belief.

Peter Mori
Notary Public/Justice of the Peace

My Commission expires: 6-15-2027      (seal)

PETER M. MORI
NOTARY PUBLIC
State of New Hampshire
My Commission Expires
June 15, 2027

