### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE


Martha Mullen

    v.                                    Case No. 22-cv-575-JL

Edward Kissell, Jr,
Bedford High School, and
Bedford High School Employee John Doe


### REPORT AND RECOMMENDATION

Plaintiff Martha Mullen, appearing pro se and in forma pauperis, has sued Edward Kissell, Jr., Bedford (New Hampshire) High School ("BHS") and an unnamed BHS employee. See Complaint (Doc. No. 1). Ms. Mullen's complaint was referred to this magistrate judge for preliminary review, pursuant to 28 U.S.C. § 1915(e)(2) and LR 4.3(d)(2). On January 19, 2023, the court granted Ms. Mullen time to amend her complaint "to assert specific facts giving rise to a claim that her right to vote was curtailed by one or more defendants." January 19, 2023 Order (Doc. No. 3) at 3. On March 1, 2023, Ms. Mullen filed a document captioned "Motion for Sanctions." (Doc. No. 6). Given the language of the filing, which refers to timeliness in relation to a snowstorm, the court construes this filing as a response to the court's prior order.

Ms. Mullen's filing contains one paragraph, which repeats her previous allegation that her children were photographed without her knowledge.[1]  See January 19, 2023 Order (Doc. No. 3) at 2; Attachment to Pltf. Mot. (Doc. No. 6-1) at 1.  But her filing contains no allegations regarding interference with her right to vote or, as required by the court's previous order, "facts describing who took the photograph, or the specific circumstances under which the picture was taken."  Id. at 2-3.  Accordingly, the court finds that the complaint and recent filing fail to state a claim upon which relief can be granted, and recommends that the district judge dismiss this case.

## Conclusion

Based on the foregoing, the undersigned recommends that the district judge dismiss this case for failure to state a claim. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice.  See Fed. R. Civ. P. 72(b)(2).  The fourteen-day period may be extended upon motion. Only those issues raised in the objection(s) to this Report and Recommendation are subject to review in the district court. See Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010).  Any issues not preserved by such

---

[1]Although Ms. Mullen references a restraining order with respect to the photographs, responsibility for enforcement of a state-court restraining order generally lies with that court.

objection(s) are precluded on appeal. See id. Failure to file

any objections within the specified time waives the right to

appeal the district court's Order.  See Santos-Santos v. Torres-

Centeno, 842 F.3d 163, 168 (1st Cir. 2016).


                              _Andrea K. Johnstone_____
                              Andrea K. Johnstone
                              United States Magistrate Judge

March 10, 2023

cc:  Martha Mullen, pro se