UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Martha Mullen</u>

   v.                                                                   Case No. 22-cv-575-JL

<u>Edward J. Kissell, Jr., et al.</u>

ORDER

After due consideration of the objection filed (doc. no. 13), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 10, 2023.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: April 10, 2023

cc:    Martha Mullen, pro se